MYERS, Respondent, v. PRITCHARD, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Theodore W. Myers against Reuben L.

Pritchard. R. L. Pritchard, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment and order affirmed, with costs.